1

2

3

4

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 0 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   Case No.: SACR11-15-JLS
                                   )
12              Plaintiff,         )   ORDER OF DETENTION PENDING
                                   )   FURTHER REVOCATION
                v.                 )   PROCEEDINGS
13                                 )   (FED. R. CRIM. P. 32.1(a)(6); 18
    Juan Alvarado Jaime-Rojo       )   U.S.C. § 3143(a)(1))
14                                 )
                Defendant.         )
15  _____    )

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the ___Central___ District of

18  ___California___ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  (X)  The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (X)  information in the Pretrial Services Report and Recommendation

26          (X)  information in the violation petition and report(s)

27          (X)  the defendant's nonobjection to detention at this time

28          (  )  other: _____

1

1    and/ or

2    B. ( )  The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    ( )  information in the Pretrial Services Report and Recommendation

7    ( )  information in the violation petition and report(s)

8    ( )  the defendant's nonobjection to detention at this time

9    ( )  other: _____

10

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

13

14    Dated: January 20, 2017    _____

15    SHERI PYM

    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28